UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL ACTION NO. 2:13-CR-381 |
| | § | |
| MANUEL PRUNEDA | § | |

## **FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion & Order entered this date, the above-styled action is hereby **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

ORDERED this 17th day of October, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE